1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square, Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his Official Capacity as Secretary of State for the State of Arizona,<br><br>Defendant. | CASE NO: 2:26-cv-00066-SMB<br><br>MOTION FOR ORDER TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |
| --- | --- |

1

## MOTION FOR ORDER TO COMPEL RECORDS DEMANDED PURSUANT TO THE CIVIL RIGHTS ACT OF 1960

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General, pursuant to Title III of the Civil Rights Act of 1960 ("CRA"), 52 U.S.C. § 20701, *et seq.*, hereby moves this Honorable Court for an Order to Show Cause requiring Defendant, ADRIAN FONTES, Secretary of State of Arizona, to show why he should not be compelled to produce the documents requested by the United States. The United States offers the attached Memorandum of Law, Declaration of Eric Neff, and Exhibits, in Support of its Motion to Show Cause.

### Introduction

The Attorney General has been tasked by Congress with enforcement authority for both the National Voter Registration Act ("NVRA") and the Help America Vote Act ("HAVA"). *See* 52 U.S.C. § 20510(a) and 52 U.S.C. § 21111. Both statutes require Defendant to conduct specified maintenance of Arizona's voter registration list. These requirements are an integral measure to ensure that Defendant's statewide voter registration list is accurate. Ensuring the accuracy of the list of eligible voters preserves the integrity of Defendant's federal election procedures.

Pursuant to Section 301 of the CRA, 52 U.S.C. § 20701, "every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any *application, registration*, payment of poll tax, or other act requisite to voting in such election[.]" (emphasis added).

Further, Section 303 of the CRA provides, "Any record or paper required by section 301 to be retained and preserved shall, *upon demand in writing by the Attorney General* or his representative directed to the person having custody, possession, or control of such record or paper, be made available for inspection, reproduction, and copying at the

1    principal office of such custodian by the Attorney General or his representative. This

2    demand shall contain a statement of the basis and the purpose therefor." 52 U.S.C. § 20703

3    (emphasis added).

4        The United States has properly demanded records from Defendant pursuant to these

5    federal statutes and Defendant has failed to comply as detailed in the Memorandum of Law

6    in Support of this Motion, and exhibits filed contemporaneously herein. The United States

7    brings this action and files this Motion to compel Defendant to produce the requested

8    records forthwith.

9        Section 305 of the CRA, 52 U.S.C. § 20705, provides that "[t]he United States

10    District Court for the district in which a demand is made pursuant to Section 303, or in

11    which a record or paper so demanded is located, shall have jurisdiction by appropriate

12    process to compel the production of such record of paper."

13                              **Prayer for Relief**

14        For the foregoing reasons, Plaintiff requests that this Court enter an Order directing

15    Defendant to show cause why he has failed to produce the demanded records. Plaintiff

16    further requests this Court:

17        A. Order Defendant to produce an electronic copy of the Arizona statewide voter

18            registration list, with *all fields*, to include each registrant's name, date of Birth,

19            address, and as required by HAVA, the last four digits of the registrant's social

20            security number, driver's license/state identification number or the unique

21            HAVA identifier;

22        B. Order Defendant to produce the other documents demanded by the Attorney

23            General to ascertain Defendant's compliance with federal law; specifically, the

24            National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*., and the

25            Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq*.;

26        C. Order Defendant to submit electronically to the Attorney General, Civil Rights

27            Division Voting Section, within 5 (five) days of this order; and

28        D. Order Defendant to produce all documents requested immediately.

1

DATED: January 7, 2026

Respectfully submitted,

2

3

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

4

5

6

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

7

8

*/s/  Brittany E. Bennett*
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov