# EXHIBIT 1

Case 2:26-cv-00066-SMB     Document 8-1     Filed 01/07/26     Page 1 of 4



**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

July 28, 2025

<u>Via Mail and Email</u>

The Honorable Adrian Fontes
Arizona Secretary of State
1700 W. Washington Street, Seventh Floor
Phoenix, AZ 85007-2808
sosadmin@azsos.gov

Dear Secretary Fontes:

      We write to you as the chief election official for the State of Arizona to request information regarding Arizona's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

      Please provide a list of the election officials who are responsible for implementing Arizona's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the State's list maintenance program has been properly carried out in full compliance with the NVRA.

      The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

      Pursuant to Section 20507(i) of the NVRA, the Attorney General requests that you produce for inspection the following records:

> The current electronic copy of Arizona's computerized statewide voter registration list ("statewide voter registration list") as required by Section 303(a) of the Help America Vote Act.  Please include all fields contained within the list. Please produce each list in a .xls, .csv, or delimited-text file format.  Please specify what delimiter is used, if applicable, or provide a file layout along with a database user manual, coding list, or other materials that define or explain how a voter record is coded into the statewide voter registration list and reported in the electronic copy of the statewide voter registration list.

Additionally, please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. Confirmation notice data for Questions A10a through A10f was either missing or far from the national average. For example:
    a. The response to Question 10a, the total confirmation notices sent to voters, was 172.70 percent of voters, or roughly 7.5 million people. Likewise, Apache County, Maricopa County, Pima County, Gila County, Mohave County, Yavapai County, and Yuma County sent out more Confirmation Notices than the citizen voting age population.
    b. For question 10b, four counties - Mohave County, Yavapai County, Apache County, and Gila County - are below the national average. Four counties did not report any data: Maricopa, Pima, Pinal, and Yuma.
    c. For question 10c, six counties - Yavapai County, La Paz County, Yuma County, Apache County, Greenlee County, and Mohave County - are below national average. Six counties did not report address change: Cochise, Maricopa, Mohave, Pima, Pinal, and Santa Cruz.
    d. For question 10d, five counties - Graham County, Apache County, Yavapai County, La Paz County, and Gila County - fall below the national average. Six counties did not report any data: Maricopa, Navajo, Pima, Greenlee, Santa Cruz, and Yuma.
    e. 3.7 percent of Confirmation Notices throughout Arizona were returned undeliverable, less than half the national average.
    f. 94 percent of Confirmation Notices came back as status unknown (Question A10f). This is almost one and a half times the national average.

    Footnote 2 on page 183 in that section of the EAVS Report states "[s]ome jurisdictions are either unable to break down A10b and A10c or are unable to track returned notices confirming registration changes or updates." Please explain how Arizona determines who receives a confirmation notice, explain how it tracks the results for the confirmation notices sent, and explain both state and county level results using the categories in 10b-f of the EAVS Report.

2. Virtually no data was listed for Question A12h regarding duplicate registrants who were removed from the statewide voter registration database (Navajo County listed one duplicate). Please explain what actions Arizona is taking to identify duplicate registrations and to remove those duplicates from the voter registration list. Please explain when in the last two years that Arizona has searched for duplicate registrations in the statewide voter registration list. If records were merged, please provide that information.

3. Please provide a description of the steps that Arizona has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the

procedures it used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen
2. Adjudicated incompetent
3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

Sincerely,

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division


cc: Lisa Marra
Director, Elections Division
1700 W. Washington St, 7th Floor
Phoenix, AZ 85007-2808
lmarra@azsos.gov