# EXHIBIT 2



August 8, 2025

*Via Email*

Michael E. Gates
Deputy Assistant Attorney General
Maureen Riordan
Acting Chief, Voting Section
United States Department of Justice
Voting Section
950 Pennsylvania Ave, NW – 4CON
Washington, DC 20530

*Re: Reply to July 28 Letter*

Dear Mr. Gates and Ms. Riordan,

This Office is in receipt of your correspondence dated July 28, 2025 that included a number of inquiries regarding Arizona's procedures for complying with the list maintenance provisions of the National Voter Registration Act.

Arizona law governs the handling of personal identifying information and other sensitive data in our voter registration list. This Office is currently reviewing records responsive to your request pursuant to Arizona's public records law at A.R.S. §§ 39-121 through 39-161 and determining whether any redactions may be required by state law under A.R.S. § 16-168.

Unfortunately, considering the volume of documents requested and our Office's numerous responsibilities related to the September 23, 2025 special election to fill a vacancy in Congress, it will not be possible to provide these records by Monday, August 11 as you requested. We are working to provide you with additional information as promptly as possible.

Regarding your request for a list of the election officials responsible for implementing Arizona's general program of voter registration list maintenance, the current officials are listed on our public website.[1]

---

[1] https://azsos.gov/elections/about-elections/county-election-contact-info

1700 West Washington, Seventh Floor
Phoenix, Arizona 85007
Telephone: (602) 542-8683
Toll-free in Arizona 1-877-THE VOTE

Please let us know if we can be of further assistance.

Sincerely,

*Luke Douglas*

Luke Douglas, Esq.
Deputy General Counsel
Arizona Secretary of State's Office

Email: ldouglas@azsos.gov
Office: 480-244-1664