KRISTIN K. MAYES
Attorney General

Karen J. Hartman-Tellez (No. 021121)
Kara Karlson (No. 029407)
Senior Litigation Counsel
Kyle Cummings (No. 032228)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Karen.Hartman@azag.gov
Kara.Karlson@azag.gov
Kyle.Cummings@azag.gov
adminlaw@azag.gov
*Attorneys for Defendant Arizona*
*Secretary of State Adrian Fontes*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona,<br><br>                    Defendant. | No. CV-26-00066-PHX-SMB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND MOTION FOR ORDER TO COMPEL PRODUCTION OF RECORDS**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 12(a) and Local Rule 7.3(a), the parties stipulate to the following schedule for (a) Defendant Secretary of State's response to the Complaint, and (b) completion of briefing on the Plaintiff's Motion for an Order to Compel Production of Records Pursuant to 52 U.S.C. § 20701 *et seq* .(the "Motion to Compel").

- Defendant shall answer or otherwise respond to the Complaint and respond to the Motion to Compel on or before February 27, 2026.
- Plaintiff shall file its reply in support of the Motion to Compel, if any, on or before March 13, 2026.

Pursuant to Local Rule 7.1(b)(3) and 7.3(a), a proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 15th day of January, 2026.

Kristin K. Mayes
Attorney General


*/s/ Karen J. Hartman-Tellez*
Karen J. Hartman-Tellez
Kara Karlson
Kyle Cummings
*Attorneys for Defendant Arizona Secretary of State Adrian Fontes*


Harmeet K. Dhillon
Attorney Assistant Attorney General
Civil Rights Division

Eric V. Neff
Acting Chief, Voting Section
Civil Rights Division

*/s/ Brittany E. Bennett* (with permission)
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
*Attorneys for Plaintiff*
*United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January, 2026, I filed the forgoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

  /s/ Monica Quinonez