Victoria Lopez (Bar No. 330042)
Lili Nimlo (Bar No. 038535)
ACLU Foundation of Arizona
2712 N. 7th Street
Phoenix, AZ 85014
(602) 650-1854
vlopez@acluaz.org
lnimlo@acluaz.org

Jonathan Topaz*
Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
jtopaz@aclu.org
tlee@aclu.org
slakin@aclu.org

Sarah Brannon*
Patricia Yan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20001
(202) 457-0800
sbrannon@aclu.org
pyan@aclu.org

*Application for pro hac vice admission forthcoming*

*Attorneys for Proposed Intervenors Common Cause, Shannon Roivas, Caleb D. Trevino, and Kara Janssen*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>v.<br><br>Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona,<br><br>　　Defendant. | **CV 26-00066-SMB**<br><br>**PROPOSED INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

1  Proposed Intervenors Common Cause, Shannon Roivas, Caleb D. Trevino, and Kara
2  Janssen respectfully provide the Court notice of supplemental authority supporting
3  Proposed Intervenors' pending motion to dismiss.
4  This lawsuit is one of twenty-four that the United States has filed against states and
5  elections officials, demanding the production of states' full and unredacted voter files. On
6  January 15, 2026, the U.S. District Court for the Central District of California entered an
7  order in one of those cases—*United States v. Weber*—denying Plaintiffs' motion to compel
8  and granting Defendants and Intervenors' motions to dismiss the United States' complaint
9  without leave to amend. *See United States v. Weber*, No. 2:25-cv-09149-DOC-ADS, ECF
10 No. 128 (Jan. 15, 2026). That order is attached as Exhibit 1.
11 In denying the motion to compel, the district court held that "Title III cannot
12 transform an election records request by the federal government from an ordinary civil
13 action into an action comparable to an order to show cause." Ex. 1 at 13. And in dismissing
14 the complaint for failure to state a claim, the court explained that "DOJ's Title III claims
15 must be dismissed because the DOJ's proffered statement and purpose, as required under
16 the statute, is both lacking in depth and is contrived." *Id.* The Court further determined that
17 the Title III claims would also fail because DOJ's request for sensitive voter data "violates
18 a plethora of federal privacy laws including the Privacy Act, E-Government Act, and
19 Driver's Privacy Protection Act." *Id.* at 27. Finally, the court determined that "leave to
20 amend would be futile," because "the DOJ's request violates federal privacy laws." *Id.* at
21 33.
22 Respectfully submitted this 16th day of January, 2026.

> By: */s/ Victoria Lopez*
> Victoria Lopez
> Lili Nimlo
> ACLU Foundation of Arizona
> 2712 N. 7th Street
> Phoenix, AZ 85014
> (602) 650-1854
> vlopez@acluaz.org
> lnimlo@acluaz.org

Jonathan Topaz*
Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
jtopaz@aclu.org
tlee@aclu.org
slakin@aclu.org

Sarah Brannon*
Patricia Yan*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20001
(202) 457-0800
sbrannon@aclu.org
pyan@aclu.org

*Application for pro hac vice admission forthcoming*

*Attorneys for Proposed Intervenors Common Cause, Shannon Roivas, Caleb D. Trevino, and Kara Janssen*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

*/s/Victoria Lopez*
Victoria Lopez