**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:26-cv-00066-SMB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ADRIA FONTES, in his official capacity as Secretary of State for the State of Arizona | Summons, Complaint, Memo, attachments |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Adrian Fontes, Arizona Secretary of State, Offife of the Secretary of State

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1700 W Washington St., 7th Floor, Phoenix, AZ 85007-2808

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany Bennett
4 Constitution Square
150 M Street NE, RM 8.923
Washington, D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
*Brittany C. Bennett*

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (202) 704-5430
DATE: 1/7/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 08 | 08 | *signature* | 1/8/2026 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kate Myers (General Counsel)

Date: 1/9/26
Time: 1:00 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
*Corey Bresnar*

Costs shown on attached USMS Cost Sheet >>

REMARKS

FILED ____ LODGED
____ RECEIVED ____ COPY

JAN 1 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Form USM-285
Rev. 03/21

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Kate Myers**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Adrian Fontes** on *(date)* **1/9/26** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **1.82** for travel and $ **130** for services, for a total of $ **131.82** ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **1/14/26**

*Cody Bresnak*
Server's signature

**Cody Bresnak   DOSM**
Printed name and title

**401 W. Washington St. Phoenix, AZ 85003**
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES MARSHALS SERVICE
## DISTRICT OF ARIZONA
## SERVICE OF PROCESS SERVICE COST WORKSHEET

CASE #: _____  ☑ CIVIL   ☐ Criminal   ☐ Govt.   ☐ Private

PROCESS TYPE: _____  SERVICE: ☐ Personal

DATE SERVED: 1/9/26   TIME of SERVICE: 1 PM   ☐ Returned Unexecuted

DEPUTY FEES  Primary Deputy Name: Bresnalt

Hours(s): 2  X $65.00 = $130

**Hours must be whole number**

Additional Deputies Names: _____

Deputies 1  X Hour(s) 2  X $65.00 = $130

ENDEAVORS (Record Multiple Endeavors-Add to hours above and mileage below

Date/Time: 1/9/26  # of Hours: 2  R/T Miles: 2.6  Action Taken: Served

Date/Time: _____ # of Hours: _____ R/T Miles: _____ Action Taken: _____

Date/Time: _____ # of Hours: _____ R/T Miles: _____ Action Taken: _____

Total Round Trip Miles: 2.6   Total Deputy Fees: _____

EXPENSES:

2.6  Miles (min. 1 mile) X  $0.7 per mile  =  $1.82

_____ Forwarding/Mail X  $8.00  =  _____

_____ Faxes X  $3.00  =  _____

_____ Copies X  $0.10  =  _____

Preparation of Deed, Bill of Sale, Etc. X $20.00  =  _____

Other: _____  =  _____

Total Expenses: Deputies Fee + Mileage + Expenses = $ 131.82