U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:26-cv-00066-SMB |
| DEFENDANT | TYPE OF PROCESS |
| ADRIAN FONTES, in his official capacity as Secretary of State for the State of Arizona | Summons, Complaint, Memo, attachments |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Kris Mayes, Arizona Attorney General, Office of the Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2005 N Central Ave, Phoenix, AZ 85004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany Bennett
4 Constitution Square
150 M Street NE, RM 8.923
Washington, D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
*Brittany E. Bennett*
TELEPHONE NUMBER: (202) 704-5430
DATE: 1/9/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 1/15/26    Time: 12:00  [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: *Corly Brand*

Costs shown on attached USMS Cost Sheet >>

REMARKS

AG Office would not accept copy of documents since they are not named on summons

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 1 6 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Would not accept copy of documents since they are not named on the summons

My fees are $ 2.80 for travel and $ 65 for services, for a total of $ 67.80 .

I declare under penalty of perjury that this information is true.

Date: 1/15/26

*Cody Bresnak*
Server's signature

Cody Bresnak   DUSM
Printed name and title

401 W. Washington St. Phoenix, AZ 85003
Server's address

Additional information regarding attempted service, etc: