# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Adrian Fontes,<br><br>    Defendant. | No. CV-26-00066-PHX-SMB<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Extension of Time to Respond to Complaint and Motion to Compel Production of Records (First Request) (Doc. 16) and for good cause appearing,

**IT IS ORDERED** that the Stipulation is granted.

**IT IS FURTHER ORDERED** that Defendant shall file his response to the Complaint (Doc. 1) and his response to the Motion for an Order to Compel Production of Records Pursuant to 52 U.S.C. § 20701 et seq. (the "Motion to Compel") (Doc. 7) on or before **February 27, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff shall file its reply in support of the Motion to Compel, if any, on or before **March 13, 2026**.

Dated this 4th day of February, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge