D. Andrew Gaona (028414)
Sambo (Bo) Dul (030313)
Austin C. Yost (034602)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
kbeauchamp@cblawyers.com
agaona@cblawyers.com
bdul@cblawyers.com
ayost@cblawyers.com

Lalitha D. Madduri (039970)*
Max C. Accardi*
Kevin R. Kowalewski*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
T: (202) 968-4490
lmadduri@elias.law
maccardi@elias.law
kkowalewski@elias.law

*Attorneys for Proposed Intervenor-Defendant the Arizona Alliance for Retired Americans*

*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>  Plaintiff,<br><br>  v.<br><br>Adrian Fontes, in his official capacity as Secretary of State,<br><br>  Defendant. | No. CV-26-00066-PHX-SMB<br><br>***EX PARTE* APPLICATION FOR WITHDRAWAL OF COUNSEL WITH CLIENT CONSENT** |

Pursuant to LRCiv 83.3(b)(1), D. Andrew Gaona seeks to withdraw as counsel for Proposed Intervenor-Defendant Arizona Alliance for Retired Americans (the "Alliance") in this matter. The Alliance has agreed to the withdrawal. The Alliance will continue to be represented in this matter by Sambo (Bo) Dul and Austin C. Yost of the law firm Coppersmith Brockelman PLC and Lalitha Madduri, Max C. Accardi and Kevin R. Kowalewski of the law firm Elias Law Group LLP.

Attached as **Exhibit A** is the Alliance's written approval. A proposed form of order is submitted with this Application.

RESPECTFULLY SUBMITTED this 26th day of February, 2026.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
    D. Andrew Gaona
    Sambo (Bo) Dul
    Austin C. Yost

**ELIAS LAW GROUP LLP**

    Lalitha D. Madduri*
    Max C. Accardi*
    Kevin R. Kowalewski*

*Attorneys for Proposed Intervenor-Defendant the Arizona Alliance for Retired Americans*

**Admitted Pro Hac Vice*