Roy Herrera (032901)
Daniel A. Arellano (032304)
**HERRERA ARELLANO LLP**
1001 North Central Avenue, Suite 702
Phoenix, Arizona 85004
roy@ha-firm.com
daniel@ha-firm.com
Telephone: (602) 567-4820

Daniel J. Freeman*
**DEMOCRATIC NATIONAL COMMITTEE**
430 Capitol South SE
Washington, DC 20003
(202) 863-8000
freemand@dnc.org

*Attorneys for Proposed Amicus*
*the Democratic National Committee*

**Pro Hac Vic Application Forthcoming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:26-cv-00066-SMB |
| Plaintiff, | **DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AMICUS BRIEF** |
| v. | |
| Adrian Fontes, in his official capacity as Secretary of State for the State of Arizona, | (Assigned to the Hon. Susan M. Brnovich) |
| Defendant. | |

The Democratic National Committee ("DNC") respectfully moves for leave to submit a brief in this matter as amicus curiae. The DNC is the oldest continuing party committee in the United States, and its purposes and functions are to communicate the Democratic Party's position on issues, protect voter's rights, and aid the election of Democratic candidates nationwide, including by organizing citizens to vote in favor of Democratic candidates. The DNC represents millions of voters, including more than 1.2 million registered Democrats in Arizona.

This Court should exercise its discretion to allow the DNC to file an amicus brief. "The Federal Rules of Civil Procedure and the local rules of this Court do not cover *amicus curiae* procedures." *Ctr. for Biological Diversity v. U.S. EPA*, No. CV 20-555, 2023 WL 4542990, at *1 (D. Ariz. June 27, 2023). "In the absence of a federal statute or rule governing the participation of amici in district courts, the court 'look[s] to the Federal Rules of Appellate Procedure for guidance.'" *JZ v. Catalina Foothills Sch. Dist.*, No. CV 20-490, 2021 WL 5396089, at *1 (D. Ariz. Nov. 18, 2021) (quoting *Dible v. City of Chandler*, No. CV 03-249, 2004 WL 7336848, at *1 (D. Ariz. Dec. 23, 2004)). Under Rule 29 of the Federal Rules of Appellate Procedure, a proposed amicus must state "the movant's interest" and "the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case." Fed. R. App. P. 29(a)(3). "The classic role of amicus curiae [is] assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982); *see also Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) (recognizing amici may be impartial or interested). Ultimately, this Court "has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

In this case, the U.S. Department of Justice ("DOJ") demands a copy of the State of Arizona's complete, unredacted voter file, which includes the personally identifiable information of nearly 1.2 million registered Democrats. This demand forces registered

1  Democrats and unregistered citizens who favor Democratic candidates to choose between
2  electoral participation and data privacy. Conditioning the right to vote on the release of
3  private information "creates an intolerable burden on that right." *Project Vote/Voting for*
4  *Am., Inc. v. Long*, 682 F.3d 331, 339 (4th Cir. 2012).  In turn, the DNC has a significant
5  protectable interest in the success of Democratic candidates, and pressure on Democrats
6  to avoid registration or to remove themselves from the voter rolls would impose an
7  intolerable burden on that interest. *See, e.g.*, *Paher v. Cegavske*, No. 3:20-cv-243, 2020
8  WL 2042365, at *2–3 (D. Nev. Apr. 28, 2020); *cf. Bost v. Ill. State Bd. of Elections*, 146
9  S. Ct. 513, 519–21 (2026).

10  The DNC would also offer substantial expertise concerning the statutes at issue:
11  Title III of the Civil Rights Act of 1960 ("Title III"), 52 U.S.C. §§ 20701–20706; the
12  National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501–20511, and the
13  Help America Vote Act of 2002 ("HAVA"), 52 U.S.C. §§ 20901–21145.  The DNC
14  routinely litigates matters under both the NVRA and HAVA. *See, e.g.*, *Republican Nat'l*
15  *Comm. v. N.C. State Bd. of Elections*, No. 5:24-cv-547 (E.D.N.C.) (HAVA); *Mi Familia*
16  *Vota v. Fontes*, No. 2:22-cv-509 (D. Ariz.) (NVRA).  More broadly, the DNC regularly
17  works with election officials to ensure that elections are conducted in a free, fair, and
18  lawful manner and relies on Title III's document-retention requirements.  As a result,
19  several courts have accepted DNC amicus briefs in related cases. *See, e.g.*, Order, *United*
20  *States v. Oregon*, No. 6:25-cv-1666 (D. Or. Nov. 21, 2025), ECF No. 38.

21  Secretary Fontes has offered this Court a range of independently sufficient bases
22  to dismiss this litigation and deny DOJ's motion to compel. *See* Def. Mot., ECF No. 25;
23  Def. Opp., ECF No. 26.  The DNC's proposed amicus brief compliments Secretary
24  Fontes's submissions by providing targeted and expanded treatment of both the
25  inadequacy of DOJ's pretextual assertion of "the basis and the purpose" of its Title III
26  request and the process necessary before this Court should enforce that request.  Thus,
27  the DNC's amicus brief will assist this Court by presenting "timely" and "useful"
28  argument. *Ctr. for Biological Diversity*, 2023 WL 4542990, at *2.

1    For these reasons, this Court should grant the DNC's motion for leave to file an amicus brief in the above-captioned matter. The United States and Secretary Fontes take no position on this motion.

Respectfully submitted this 2nd day of March, 2026.

**HERRERA ARELLANO LLP**

By: */s/ Daniel A. Arellano*
    Roy Herrera
    Daniel A. Arellano
    1001 North Central Avenue, Suite 702
    Phoenix, Arizona 85004

**DEMOCRATIC NATIONAL COMMITTEE**

By: */s/ Daniel J. Freeman*
    Daniel J. Freeman*
    Democratic National Committee
    430 Capitol South SE
    Washington, DC 20003

*Attorneys for Proposed Amicus the Democratic National Committee*

**Pro Hac Vice Application Forthcoming*