# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Adrian Fontes,<br><br>　　　　Defendant. | No. CV-26-00066-PHX-SMB<br><br>**ORDER** |

Pending before the Court are the following:

- Democratic National Committee's Motion for Leave to File Amicus Brief (Doc. 27)

- Motion for Leave to File Brief of Amici Curiae Former Employees of the U.S. Department of Justice (Doc. 29);

- Motion of the Brennan Center for Justice and Campaign Legal Center to File a Brief as Amici Curiae in Support of Defendant's Motion to Dismiss (Doc. 31);

- Motion of the Brennan Center for Justice and Campaign Legal Center to File a Brief as Amici Curiae in Support of Defendant's Motion to Dismiss (Doc. 33);

- Motion for Leave to File Amicus Brief of League of United Latin American Citizens ("LULAC") in Support of Defendant's Motion to Dismiss (Doc. 36); and

- Unopposed Motion of Common Cause, Shannon Roivas, Caleb D. Trevino, and Kara Janssen for Leave to File a Brief as Amici Curiae (Doc. 40).

**IT IS HEREBY ORDERED** the Motions are granted.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file Docs. 30, 34, 38 and 41.

Dated this 13th day of April, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -