# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

v.

Adrian Fontes,

        Defendant.

**NO. CV-26-00066-PHX-SMB**

**AMENDED JUDGMENT OF DISMISSAL IN A CIVIL CASE**

    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 28, 2026, final judgment is entered. Plaintiff to take nothing, and the complaint and action are hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 28, 2026

By    s/ E. Aragon
Deputy Clerk