HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

JONATHON P. HAUENSCHILD
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | Case Number: 2:26-cv-00066-SMB |
| | **NOTICE OF APPEAL** |
| Adrian Fontes, in his Official Capacity as Secretary of State for the State of Arizona, | |
| Defendant. | |

///

///

///

///

///

## <u>NOTICE OF APPEAL</u>

Plaintiff, United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Amended Order Granting Defendant's Motion to Dismiss (ECF No. 50) and amended final judgment (ECF No. 51) entered in this action on April 28, 2026.

DATED: June 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief
Voting Section, Civil Rights Division

/s/  *Jonathon P. Hauenschild*
JONATHON P. HAUENSCHILD
Trial Attorney
Voting Section, Civil Rights Division
United States Department of Justice
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a true and correct copy of the foregoing document along with all attachments was served via the Court's ECF system to all counsels of record.


*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild